

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO ANIBAL GALDAMEZ-FIGUEROA<br>a/k/a Pinochio<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>8 U.S.C. §§ 1326(a) and (b)(1) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(Illegal Reentry of an Alien Removed Subsequent to a Felony Conviction)**

On or about May 10, 2022, in the Southern District of Ohio, Defendant **ANTONIO ANIBAL GALDAMEZ-FIGUEROA**, an alien, knowingly and unlawfully entered and was found in the United States after having been convicted of Illegal Reentry, in violation of 8 U.S.C. § 1326(a), a felony, in the United States District Court for the Southern District of Ohio, on or about February 22, 2018, and after having been removed, excluded, or deported from the United States on or about February 13, 2012, November 21, 2013, April 1, 2014, and May 7, 2021, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

In violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1).

KENNETH L. PARKER
United States Attorney

BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney